# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**RHONDA McLEARRAN,**

   Plaintiff,

**-vs-**

**CASE NO. 3:11-CV-195**

**Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

   Defendant.

---

## JUDGMENT IN A CIVIL CASE
---

[ ] **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X] **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is **FOUND SUPPORTED BY SUBSTANTIAL EVIDENCE**, and **AFFIRMED**; and that the case is **TERMINATED** from the docket of the Court.

Date: April 9, 2012                               **JAMES BONINI, CLERK**

                                                  By: *s/ M. Rogers*
                                                  Deputy Clerk